HARTFORD INSURANCE COMPANY OF the MIDWEST; Interstate Indemnity Insurance Company, Plaintiffs–Counter–Defendants–Appellees,

v.

Charles D. CLINE; Judith E. Davis, Defendants–Counter–Claimants–Appellants.

No. 05–2075.

United States Court of Appeals, Tenth Circuit.

Aug. 2, 2006.

Larry D. Beall, Kelley J. Friedman, Beall & Blehler P.A., Matthew A. Pullen, April D. White, Yenson Lynn Allen & Wosick, Albuquerque, NM, for Plaintiffs–Counter–Defendants–Appellees.

Michael B. Browde, Albuquerque, NM, C. Barry Crutchfield, Templeman and Crutchfield, Lovington, NM, Mark Stout, Stout & Stout, Hobbs, NM, for Defendants–Counter–Claimants–Appellants.

Before SEYMOUR, HARTZ, and McCONNELL, Circuit Judges.

### ORDER AND JUDGMENT*

HARTZ, Circuit Judge.

On October 12, 2005, this court certified the following question of law to the New Mexico Supreme Court:

Is excluding domestic partners from the definition of *family member* in an automobile-insurance policy invalid as contrary to the public policy of the state of New Mexico?

* This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of

See *Hartford Ins. Co. v. Cline*, 427 F.3d 715, 716 (10th Cir.2005).

On June 20, 2006, the New Mexico Supreme Court filed an opinion answering the question in the negative. See *Hartford* 140 N.M. 16, 139 P.3d 176 (2006). That decision rejects the only argument raised by the defendants in this appeal. Ms. Davis is not a *family member* of Mr. Cline and therefore is not entitled to Uninsured Motorist/Underinsured Motorist Coverage under the insurance policies at issue. Exercising our jurisdiction under 28 U.S.C. § 1291, we AFFIRM the judgment of the district court.

orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.